**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| MARK FULLER,<br><br>Plaintiff,<br><br>v.<br><br>TRIANGLE CAPITAL PARTNERS,<br><br>Defendant. | ) | CIVIL ACTION: 18-cv-197 |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446 and the Securities Exchange Act of 1934, 15 U.S.C. § 78aa, Triangle Capital Corporation ("Triangle"),[1] by its undersigned counsel, hereby removes this action from the State of Wisconsin Circuit Court, Sauk County, wherein was pending as Case No. 18SC147, to the United States District Court for the Western District of Wisconsin. Removal is proper on the basis of the following facts and circumstances:

1. Plaintiff Mark Fuller ("Plaintiff") filed a Complaint against "Triangle Capital Partners" in the State of Wisconsin Circuit Court, Sauk County, entitled *Fuller v. Triangle Capital Partners*, Case No. 18SC147 (the "State Court Action").

[1] Plaintiff named "Triangle Capital Partners" as Defendant in his Complaint. "Triangle Capital Partners" is an entity that provided management and advisory services to Triangle prior to the closing of its initial public offering in 2007. The entity known as "Triangle Capital Partners" was dissolved in 2008. Despite naming "Triangle Capital Partners" as Defendant in his Complaint, Plaintiff served the Complaint and Summons upon Triangle using the address of its principal place of business. In addition, Plaintiff's Complaint references his investment in "TCAP," which is the New York Stock Exchange ticker symbol for Triangle Capital Corporation. As such, it appears that Plaintiff seeks to bring his action against Triangle, rather than "Triangle Capital Partners." Triangle will address this issue in its forthcoming response to Plaintiff's Complaint.

2. Plaintiff purported to serve Triangle with the Complaint on February 22, 2018.

3. As set forth below, removal is proper pursuant to 28 U.S.C. § 1441(a) because Triangle has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to the Securities Exchange Act of 1934, 15 U.S.C. § 78aa.

## I. TRIANGLE HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

4. Triangle first received Plaintiff's Complaint, by mail, on February 22, 2018. Accordingly, this Notice of Removal is timely as it is being filed with this Court within thirty (30) days after Triangle was served with or otherwise received a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief. *See* 28 U.S.C. § 1446(b)(1).

5. Pursuant to 28 U.S.C. § 1446(a), true and exact copies of all process, pleadings, and orders served on Triangle in the State Court Action as of the date of this removal are attached as **Exhibit A**.

6. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being delivered to Plaintiff, and a copy is being filed with the clerk of the State of Wisconsin Circuit Court, Sauk County.

7. Triangle consents to this Notice of Removal pursuant to 28 U.S.C. § 1446(b)(2)(A).

8. As of the date of this removal, Triangle has not filed a responsive pleading or otherwise responded to the Complaint.

## II. THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934.

9. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States,

specifically the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78a *et seq.*, as follows:

a. Plaintiff's Complaint is based on "securities fraud." *See* Compl. at 2. Plaintiff alleges that "executives" of Triangle Capital Partners "made false statements" and "failed to disclose adverse information," and that once the allegedly omitted information "became public," it had "a devastating effect on the value of the stock." *Id.*

b. Plaintiff's Complaint contains similar allegations to those in the related putative federal securities class action currently pending in the United States District Court for the Eastern District of North Carolina, and brought pursuant to Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder. *See In re Triangle Capital Corp. Sec. Litig.*, Case No. 5:18-cv-00010-FL (E.D.N.C.).

c. The Exchange Act expressly provides that the United States district courts "shall have ***exclusive jurisdiction*** of violations of this chapter or the rules and regulations thereunder, and of all suits in equity and actions at law brought to enforce any liability or duty created by this chapter or the rules and regulations thereunder." 15 U.S.C. § 78aa (emphasis added).

## III. CONCLUSION

10. For all the reasons stated, this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, the Exchange Act, and 15 U.S.C. § 78aa.

11. By filing this Notice of Removal, Triangle does not waive and instead specifically maintains any and all defenses, including defenses to the venue in which the suit was filed and whether Triangle is subject to personal jurisdiction in this Court.

WHEREFORE, Triangle removes this action from the State of Wisconsin Circuit Court, Sauk County, to the United States District Court for the Western District of Wisconsin.

Respectfully submitted this 21st day of March, 2018.

*/s/ Bethany M. Rezek*
Bethany M. Rezek (*admitted pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: brezek@kslaw.com

**KING & SPALDING LLP**
B. Warren Pope
Adam G. Sowatzka (WI Bar No. 1026265)
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: wpope@kslaw.com
asowatzka@kslaw.com

*Counsel for Triangle Capital Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by delivering a copy of the same by electronic mail and mailing the foregoing to the address provided on Plaintiff’s Complaint:

Mr. Mark Fuller
P.O. Box 335
Baraboo, WI 53913
Tel: (608) 345-7576
fllr_mrk@yahoo.com
mkfuller12@gmail.com

Dated: March 21, 2018.

*/s/ Bethany M. Rezek*
Bethany M. Rezek
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

*Counsel for Triangle Capital Corporation*